### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **OWNERS INSURANCE CO.,** | : |
| **Plaintiff** | : |
| v. | : 5:04-CV-76 (WDO) |
| **FRANK GILLINGHAM, et al.,** | : |
| **Defendants** | : |

### ORDER

This matter was stayed pending the trial of a related case in the Jones County Superior Court. Pursuant to the judgment recently entered in that case, this matter may now proceed. However, a review of the file shows there is still a substantial question regarding whether there is a sufficient amount in controversy to provide jurisdiction in this Court, particularly considering the state court judgment of $15,813.96. Within 30 days of the date of this order, Plaintiff is ORDERED TO FILE a brief on the issue of this Court's jurisdiction to hear the case. Defendants shall thereafter file a response within 20 days and 10 days thereafter Plaintiff may file a reply.

SO ORDERED this 17th day of May, 2006.

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE